MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM J. EDELMAN (CABN 285177)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: william.edelman@usdoj.gov

Attorneys for the United States of America

FILED
MAY 11 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 13-421-JCS |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION AS TO DEFENDANT HURWITZ |
| ISAAC B. HURWITZ, | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, in light of Mr. Hurwitz's successful completion of his pretrial diversion program, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of California hereby dismisses the captioned Information as to defendant ISAAC B. HURWITZ, with prejudice.

//
//
//
//

1  This motion and proposed order does not in any way affect the pending charges against
2  defendants GROGAN and NEWMAN.

MELINDA HAAG
United States Attorney

Dated: May 5, 2015

/s/ William J. Edelman
WILLIAM J. EDELMAN
Special Assistant United States Attorney

Leave of court is granted to file the foregoing dismissal with prejudice.

Dated: 5/11/15

JOSEPH C. SPERO
Chief Magistrate Judge

2

MOT. AND [PROPOSED] ORDER
TO DISMISS AS TO DEF. HURWITZ
NO. CR 13-421-JCS